IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>KIMBERLY A. BIVENS,<br><br>     Defendant. | 8:12CR177<br><br>ORDER |

This matter is before the Court on the Defendant's appeal (Filing No. 43) from the Magistrate Judge's order (Filing No. 42) granting the Petition for Action on Conditions of Pretrial Release ("Petition") and revoking the Defendant's pretrial release.

Under 18 U.S.C. § 3245(c) and NECrimR 46.2, the Court must review the detention order de novo. The record is incomplete, as a transcript of the hearing on the Petition was not ordered.

IT IS ORDERED:

1. The Defendant's appeal (Filing No. 43) is denied; and

2. The Magistrate Judge's order (Filing No. 42) granting the Petition for Action on Conditions of Pretrial Release and revoking the Defendant's pretrial release is affirmed.

Dated this 10th day of October, 2012.

                BY THE COURT:

                s/ Laurie Smith Camp
                Chief United States District Judge